IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NDEYE NDOYE | ) | CASE NO. 1:15-cv-380 |
| Plaintiff | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| MAJOR PERFORMANCE, LLC, et al. | ) | |
| Defendants | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE UNREDACTED DOCUMENTS UNDER SEAL**

This matter having come before the Court on Defendants' Motion for Leave of Court to File Unredacted Documents Under Seal and the Court being otherwise duly and sufficiently advised,

**IT IS ORDERED** that Defendants' motion for leave to file Unredacted Documents Under Seal is **GRANTED**.

This __6__ day of __Dec.__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE