# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

NDEYE NDOYE,
    Plaintiff,

vs.

MAJOR PERFORMANCE LLC, et al.,
    Defendants.

Case No. 1:15-cv-380
Litkovitz, M.J.

**ORDER**

By separate Order, the Court granted defendants' motion for sanctions against plaintiff and dismissed plaintiff's claims with prejudice. (*See* Doc. 81). Consistent with that Order, plaintiff's pending motion in limine (Doc. 55) and motion to quash subpoena (Doc. 59) are **DENIED AS MOOT**.

    IT IS SO ORDERED.

Date: 3/2/17

Karen L. Litkovitz
United States Magistrate Judge