IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NDEYE NDOYE | CASE NO. 1:15-CV-00380-KLL |
| Plaintiff | |
| v. | Magistrate Judge Karen L. Litkovitz |
| MAJOR PERFORMANCE, LLC AND JULIE MAJORS | |
| Defendants. | |

## ENTRY GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW FEE PETITION FOR REASONABLE ATTORNEY FEES AND COSTS

Upon Defendants' Motion, and with the consent of all parties, the Court hereby grants Defendants' Unopposed Motion for withdrawal of their previously filed Fee Petition (Doc. #87).

**IT IS SO ORDERED.**

_/s/ Karen L. Litkovitz_
Magistrate Judge Karen L. Litkovitz